Schiff Hardin LLP
Stephen M. Hankins (CSB154886)
shankins@schiffhardin.com
Sarah D. Youngblood (CSB 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Plaintiff
CAVEMAN FOODS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>STEPHANIE LESTER,<br><br>          Defendant. | Case No. 3:12-cv-01587-RS<br><br>[PROPOSED] ORDER GRANTING SCHIFF HARDIN LLP'S REQUEST TO WITHDRAW AS COUNSEL FOR PLAINTIFF CAVEMAN FOODS, LLC<br><br>Courtroom: 3<br>Judge:     Hon. Richard Seeborg |

Having considered Schiff Hardin LLP's request to withdraw as counsel for Plaintiff Caveman Foods, LLC in this matter, the Court hereby **GRANTS** said Request. It is therefore

**ORDERED** that Schiff Hardin LLP is hereby withdrawn as counsel of record for Plaintiff Caveman Foods, LLC.

It is further **ORDERED** that all electronic notifications to Schiff Hardin LLP regarding this matter are hereby terminated.

DATED: __11/15_____, 2012

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

41336-0000
CH2\12018181.1

Case No. 3:12-CV-12-01587-RS

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT
OCTOBER 15, 2012 CASE MANAGEMENT CONFERENCE