1
2
3
4
5
6
7

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>STEPHANIE LESTER, an individual, CAVEMAN BAKERY, LLC, a New York limited liability company,<br><br>   Defendants. | Case No. 3:12-CV-01587 RS<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3:12-CV-01587 RS

[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE

1  WHEREAS, in view of the Parties' JOINT STIPULATION TO CONTINUE THE
2  HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
3  COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE,
4  and good cause appearing therefor,

5  IT IS HEREBY ORDERED that:

6  1. The hearing on Defendant's Motion to Dismiss Complaint shall be continued to
7  February 14, 2013 at 1:30 PM, and Plaintiff's opposition papers, if any, shall be filed by or
8  on January 24, 2013.  Defendants' reply papers, if any, shall be filed January 31, 2013.

9  2. The Case Management Conference shall be continued to a date and time to be
10 determined by the Court, after the Court conducts a hearing on the Motion.

12  IT IS SO ORDERED.

14 DATED:   12/11/12

*[signature]*

The Honorable Richard Seeborg,
United States District Judge

-2-   3:12-CV-01587 RS
[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE

Presented on December 10, 2012 by:


____/s/ - Mark B. Mizrahi_____
MARK B. MIZRAHI (State Bar No. 179384)
  mmizrahi@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:    (310) 478-4100
Facsimile:    (310) 479-1422

Attorneys for Plaintiff ,
CAVEMAN FOODS, LLC

3:12-CV-01587 RS
[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE