1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  CAVEMAN FOODS, LLC, a California          Case No. 3:12-CV-01587 RS
    limited liability company,
12                                            **[PROPOSED] ORDER RE: JOINT
            Plaintiff,                        STIPULATION TO CONTINUE THE
13                                            HEARING AND BRIEFING
            vs.                               SCHEDULE ON DEFENDANTS'
14                                            MOTION TO DISMISS COMPLAINT,
    STEPHANIE LESTER, an individual,          AND TO CONTINUE THE CASE
15  CAVEMAN BAKERY, LLC, a New York           MANAGEMENT CONFERENCE**
    limited liability company,
16
            Defendants.
17

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28
                                                            3:12-CV-01587 RS
    [PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE
    ON DEFENDANTS' MOTION TO DISMISS COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT
                                    CONFERENCE

1        WHEREAS, in view of the Parties' JOINT STIPULATION TO CONTINUE THE

2    HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

3    COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE,

4    and good cause appearing therefor,

5        IT IS HEREBY ORDERED that:

6        1.  The hearing on Defendant's Motion to Dismiss Complaint shall be continued to

7    February 14, 2013 at 1:30 PM, and Plaintiff's opposition papers, if any, shall be filed by or

8    on January 24, 2013.  Defendants' reply papers, if any, shall be filed January 31, 2013.

9        2.  The Case Management Conference shall be continued to a date and time to be

10   determined by the Court, after the Court conducts a hearing on the Motion.

11

12       IT IS SO ORDERED.

13

14   DATED:    12/11/12

15

16   _____

17   The Honorable Richard Seeborg,
     United States District Judge

18

19

20

21

22

23

24

25

26

27

28

3:12-CV-01587 RS
[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE
ON DEFENDANTS' MOTION TO DISMISS COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT
CONFERENCE

1   Presented on December 10, 2012 by:

2

3   ____/s/ - Mark B. Mizrahi_____
    MARK B. MIZRAHI (State Bar No. 179384)
4     mmizrahi@wrslawyers.com
    WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
5   11400 West Olympic Boulevard, 9th Floor
    Los Angeles, California 90064-1582
6   Telephone:    (310) 478-4100
    Facsimile:    (310) 479-1422
7
    Attorneys for Plaintiff ,
8   CAVEMAN FOODS, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                    3:12-CV-01587 RS
    [PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE
    ON DEFENDANTS' MOTION TO DISMISS COMPLAINT, AND TO CONTINUE THE CASE MANAGEMENT
                                    CONFERENCE