IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAVEMAN FOODS LLC, | No. C 12-01587 RS |
|       Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
|   v. | |
| STEPHANIE LESTER and CAVEMAN BAKERY, LLC, | |
|       Defendants. | |
| _____/ | |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 28, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.     ALTERNATIVE DISPUTE RESOLUTION.  Parties are hereby REFERRED to a randomly assigned magistrate judge for the purpose of a settlement conference to take place, ideally, within the next sixty (60) days.

      2.     INITIAL DISCLOSURES.  Initial disclosures shall be exchanged on or before March 29, 2013.

      3.     DISCOVERY.  On or before January 24, 2014 all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert

1 depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

2 subparts; (c) a reasonable number of requests for production of documents or for inspection per

3 party; and (d) a reasonable number of requests for admission per party.

4  4. DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate

5 Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not

6 more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The

7 joint letter must be electronically filed under the Civil Events category of "Motions and Related

8 Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter

9 is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge

10 may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After

11 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that

12 Judge's procedures.

13  5. EXPERT WITNESSES. The disclosure and discovery of expert witnesses and

14 opinions shall proceed as follows:

15  A. On or before February 28, 2013, parties will make initial expert disclosures in

16 accordance with Federal Rule of Civil Procedure 26(a)(2).

17  B. On or before March 21, 2014, parties will designate their supplemental and

18 rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

19  C. On or before April 11, 2014, all discovery of expert witnesses pursuant to Federal

20 Rule of Civil Procedure 26(b)(4) shall be completed.

21  6. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case

22 Management Conference shall be held on **January 30, 2014 at 10:00 a.m.** in Courtroom 3, 17th

23 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The

24 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

25  7. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to

26 Civil Local Rule 7. All pretrial motions shall be heard no later than **March 20, 2013 at 1:30**

**p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

   8.  PRETRIAL CONFERENCE.  The final pretrial conference will be held on **May 29, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

   9.  TRIAL DATE.   Trial shall commence on **June 9, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

   IT IS SO ORDERED.

DATED:  2/28/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3